1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone:  (408) 277-0648
   Fax:    (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 JACK BUCKHORN AND ANISA M.              )  CASE NO.: C05-3840 SC
   THOMSEN AS TRUSTEES OF THE              )
11 REDWOOD EMPIRE ELECTRICAL               )
   WORKERS HEALTH AND WELFARE              )  REQUEST FOR
12 TRUST FUND, REDWOOD EMPIRE              )  DISMISSAL OF
   ELECTRICAL WORKERS PENSION              )  ENTIRE ACTION
13 TRUST, JOINT ELECTRICAL INDUSTRY        )
   TRAINING PROGRAM, NATIONAL              )
14 EMPLOYEES BENEFIT FUND,                 )  ORDER
   AND REDWOOD EMPIRE ELECTRICAL           )
15 WORKERS WORK RECOVERY FUND,             )
                                           )
16                Plaintiffs,              )
                                           )
17 vs.                                     )
                                           )
18 MARK A. KNEAPER, individually and       )
   doing business as KNEAPER ELECTRIC,     )
19                                         )
                  Defendant.               )
20 _____)

21       Comes now the Plaintiffs JACK BUCKHORN AND ANISA M. THOMSEN AS

22 TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND

23 WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION

24 TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL

25 EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS

26 WORK RECOVERY FUND in the above-entitled action and hereby dismiss the entire action

27 without prejudice as to every party.

28       No answer has been filed in this matter.  The defendant has paid all monies requested in

---

1

REQUEST FOR DISMISSAL OF ENTIRE ACTION

1  the complaint for June, July and August 2005.  This dismissal specifically does not waive the
2  right of the Trust Funds to audit the employer for the above time period, or any other time
3  period, and to collect any additional monies found to be delinquent as a result of an audit
4  through a subsequent legal action.

6  Dated:  November 29, 2005        /s/
                                    SUE CAMPBELL
7                                   Attorney for Plaintiffs

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

REQUEST FOR DISMISSAL OF ENTIRE ACTION

**PROOF OF SERVICE BY MAIL**

I, the undersigned, say:

That I am now and at all times herein mentioned a citizen of the United States, over the age of eighteen years, a resident of Santa Clara County, California, and not a party to the within action or cause; that my business address is 1155 North First Street, Suite 101, San Jose, California; that I served a copy of the attached REQUEST FOR DISMISSAL OF ENTIRE ACTION by placing said copy in an envelope addressed to

> MARK A. KNEAPER, individually and doing business as
> KNEAPER ELECTRIC
> 2901 Hubbard Lane
> Eureka, CA 95501

which envelope was then sealed and, with postage fully prepaid thereon, was on \_\_\_\_\_Nov. 29\_\_\_\_\_, 2005, deposited in the United States mail at San Jose, California; that there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Nov. 29, 2005, at San Jose, California.


/s/
CHRISTINE DELGADILLO